# Court of Appeals
# of the State of Georgia

ATLANTA,  August 22, 2023

*The Court of Appeals hereby passes the following order:*

**A23A1439.  JAMES HALL v. HSBC BANK USA, NA.**

The magistrate court issued a dispossessory judgment in favor of HSBC Bank USA, NA, and against James Hall. Hall petitioned the superior court for a writ of certiorari. The superior court dismissed the case for failure to perfect service. Hall filed a notice of appeal, but the court dismissed the appeal for want of prosecution. Hall then filed this direct appeal, seeking review of the superior court's dismissal of his appeal. We lack jurisdiction.

As a rule, "a trial court's order dismissing a properly filed direct appeal is itself subject to a direct appeal." *American Med. Security Group v. Parker*, 284 Ga. 102, 103 (2) (663 SE2d 697) (2008). However, a trial court's order dismissing an improperly filed direct appeal is not subject to direct appeal. See id. Appeals from superior court decisions reviewing lower court decisions by certiorari or de novo proceedings must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35 (a) (1),[1] (b); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). And compliance with the discretionary appeals procedure is required even where the superior court dismisses the action before reaching its merits. *Taylor v. City of*

---

[1] Although the language in this code section has been amended, effective July 1, 2023, the version cited here applies to this case because Hall filed his petition for review in superior court in 2020. See Ga. L. 2023, p. 728, § 5 (providing, in part, that the amendment to OCGA § 5-6-35 (a) (1) applies to petitions for review filed in superior or state court on or after July 1, 2023).

*Atlanta*, 184 Ga. App. 795, 796 (363 SE2d 45) (1987).

Hall's failure to comply with the discretionary appeal procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  08/22/2023

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*